~AX03U00300079+                              +

**DECLARATION OF NOT FOUND**
**(DUE AND DILIGENT SEARCH)**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

CASE# 2-10CV-016-J                    FGN/CSE#              2010 JUN 10 PM 2: 33

SUSAN WOLFF, ET AL                                          DEPUTY CLERK _ac_

VS.

DANIEL JOSEPH FANGMAN, ET AL

I, Dennis F Snyder, on the following dates, was over the age of 18 years and was not a party to this action.

I, received a SUMMONS AND FIRST AMENDED COMPLAINT on March 22, 2010. at 4:50 pm in Cause No. 2-10CV-016-J.

After due and diligent effort as set forth below I have been unable to effect personal service upon Hargrove, David DBA 'Beavers'.

```
DATE       TIME      ADDRESS / REASON FOR NON-SERVICE                    PCP Ref# U00300079
-----------------------------------------------------------------------------------
03/22/2010 17:00 PM  1604 S. TYLER, APT. A AMARILLO TX 79102
                     NO ANSWER.
03/26/2010 17:24 PM  8400 S.E. 3RD AMARILLO TX 79111
                     ONLY PERSON THERE SAID HE HAS WORKED HERE 7 YEARS AND NEVER HEARD OF HIM.
03/27/2010 15:00 PM  1604 S. TYLER, APT. A AMARILLO TX 79102
                     LOCKED AND VACANT.  NEIGHBOR CONFIRMED THE ENTIRE BUILDING HAS BEEN CLOSED
                     AND VACANT FOR SOME TIME.
04/15/2010 16:30 PM  3705 OLSEN AMARILLO TX 79102
                     WHEN SERVING CO-DEFENDENT, HE SAID HE KNOWS DEFENDANT BUT HAS NOT SEEN HIM
                     FOR SOME TIME.
04/16/2010 13:00 PM  1604 S. TYLER, APT. A AMARILLO TX 79102
                     SEARCH TURNED UP A DAVID HARGROVE IN THE TEXAS PENAL SYSTEM; BUT CANNOT
                     IDENTIFY WITHOUT SOME IDENTIFIERS.
```

I, declare under penalty that the foregoing is true and correct.

_Dennis F. Snyder_
Dennis F Snyder

Service Fee $_____                        TX LIC# SCH-1671

Client : Warner, Michael A.
Fax#   : (806) 372-5674

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2-10CV-016-J

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                      *Server's signature*

                                               _____
                                                      *Printed name and title*

                                               _____
                                                       *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| Susan Wolff, individually, and as next friend of AWS and/or Karen Swyndro as next friend of AWS,<br>*Plaintiff*<br>v.<br>Daniel Joseph Fangman, Behrooz Sadigh-Pour, a/k/a Barry Sadigh Pour Behrooz, and Roozi, Inc.,<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  2-10CV-016-J<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
David Hargrove d/b/a "Beavers"
1604 S. Tyler, Apt. A
Amarillo, Texas 79102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael A. Warner
The Warner Law Firm
101 S. E. 11th, Suite 301
Amarillo, Texas 79101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAR 1 9 2010

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*