IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SUSAN WOLFF, Individually and as<br>Next Friend of AWS and/or KAREN<br>SWYNDRO as Next Friend of AWS,<br>a Minor Child,<br><br>    Plaintiffs,<br><br>vs.<br><br>DANIEL JOSEPH FANGMAN,<br>BEHROOZ SADIGH-POUR,<br>a/k/a BARRY SADIGH POUR<br>BEHROOZ, and ROOZI, INC.,<br>DAVID HARGROVE and<br>LARRY WANGLER,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2-10CV-016-J |

**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR SETTING OF FRIENDLY SUIT HEARING**

NOW COME PLAINTIFFS SUSAN WOLFF, Individually and as Next Friend of AWS and/or KAREN SWYNDRO as Next Friend of AWS, a Minor Child and Defendants, BEHROOZ SADIGH-POUR a/k/a BARRY SADIGH POUR BEHROO, and ROOZI, INC., and file this their Joint Notice of Settlement and Request for Setting of Final Prove-up Hearing.

**I.  Introduction and Facts**

1. This is a suit for personal injuries which resulted in the death of Cory Lee Wilson.
2. At the time of his death, Cory Lee Wilson had a minor child.
3. Suit was brought on behalf of the minor child through next friend.
4. On December 10, 2010, a mediation was held at the offices of Tad Fowler.  A settlement agreement was reached between Plaintiffs and Defendants POUR and ROOZI.
5. On January 19, 2011, the Court dismissed the claims against the other Defendants in this case.

6.      This case is currently set for trial on March 29, 2011.  There is no need for trial of this cause as all issues have been settled or resolved.

## II. Request Setting of Prove-up Hearing

7.      Because there is a minor Plaintiff, the parties request this Court to hear evidence on the settlement in order to determine whether or not the Court will approve said settlement.  Due to the nature of the settlement, on which the parties will provide evidence, the parties request that the Court hear evidence on the settlement prior to appointing an ad litem for the minor.

WHEREFORE, for the reasons stated above, Plaintiffs and Defendants Behrooz Sadigh-Pour and Roozi, Inc. respectfully request this Court to set this case for final prove-up hearing to approve the settlement entered in this cause.

Signed this 9th day of March, 2011.

Respectfully submitted,

Michael A. Warner
The Warner Law Firm
101 S.E. 11th, Suite 301
Amarillo, TX 79101
Phone: 806/372-2595 Fax: 806/372-5674
Mike Moore
1211 West 10th
Amarillo, TX 79101
Phone: 806/379-7755  Fax: 806/379-7247

By:   /s/ Michael A. Warner
        Michael A. Warner
        SBN 20872700
ATTORNEYS FOR PLAINTIFFS

COURTNEY, COUNTISS, BRIAN & BAILEY, LLP
P. O. Box 9238
Amarillo, TX 79105-9238
Phone: 806/372-5569 Fax: 806/372-9761

By:   /s/ Dusty J. Stockard
        DUSTY J. STOCKARD
        SBN 24028014

ATTORNEYS FOR DEFENDANTS